UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TRINA FAYE FOGG-CRAWFORD, Personal Representative of the Estate of Jeannie M. Adams,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. CV-20-34-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Plaintiff's Motion (Doc. 14) is GRANTED. The Commissioner's final decision denying Plaintiff's claims for disability insurance benefits is REVERSED and REMANDED for an immediate award of benefits beginning May 26, 2016.

Dated this 21st day of June, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Traci Orthman
Traci Orthman, Deputy Clerk